**EXHIBIT 1**

IN THE UNITED STATES DISTRICT CLERK
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **DON MALLORY**<br>on behalf of himself and a<br>class of persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**LEASE SUPERVISORS, LLC and**<br>**O'RYAN COMPANIES BENEFIT**<br>**PLAN – LEASE SUPERVISORS.**<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **COMPLAINT FOR BREACH OF**<br>**FIDUCIARY DUTY**<br><br><br>**PROPOSED CLASS ACTION**<br><br>**CASE NO. 7:16-cv-00248** |

**AFFIDAVIT OF BOBBY ALLISON**

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF ECTOR** | § |

BEFORE ME, the undersigned authority, on this day personally appeared, Bobby Allison, who being first duly sworn according to law, upon his oath and under the penalty of perjury deposed and stated as follows:

1. "My name is Bobby Allison. I am over the age of twenty-one (21) years. I am of sound mind and am competent to make this affidavit. The facts stated herein are of my personal knowledge and are true and correct.

2. I am the Office Manager for Lease Supervisors, LLC, the Defendant in the above cause. I am a custodian of records for Lease Supervisors, LLC and am authorized to make this affidavit on behalf of Lease Supervisors, LLC.

3. I am understand that the Plaintiff, Dan Mallory, seeks to certify a class of the persons that "participated" in the Lease Supervisors, LLC, 401K "plan" from January 1, 2014, to

---

present. The persons Mr. Mallory seeks to designate as a class are members of Lease Supervisors, LLC. As a custodian of records for Lease Supervisors, LLC, I can identify the members that participated in the "plan" during the time frame. Lease Supervisors, LLC, keeps records of the members' mailing addresses and contact information. This information is readily available to me and easy to access. The total number of persons participating in the "plan" from 2014 through the present is twenty-three.

4.  Based on the records Lease Supervisors, LLC, maintains of its members, I am familiar with the residences of the persons Mr. Mallory seeks to designate as a class. All such persons reside in Texas, and primarily in two locations: West Texas and several cities south east of Dallas, Texas. Lease Supervisors, LLC's records indicate that the persons Mr. Mallory seeks to designate as a class reside in the following cities: Mabank; Eustace; Seven Points; Athens; Odessa; Coahoma; San Angelo; Big Lake; Sonora; Abilene; Big Lake; Blackwell; Borger;. Lease Supervisors, LLC's records indicate Mr. Mallory, along with one other member, reside in Mabank Texas.

5.  Mr. Mallory's proposed class consists of person that are readily identifiable and whose addresses and contact information are easily determined. The members are not geographically dispersed, as all reside in Texas."

**FURTHER AFFIANT SAYETH NOT.**

_____
Bobby Allison

SWORN TO and SUBSCRIBED before me by Bobby Allison on this the 16th day of December, 2016, to certify which witness my hand and seal of office.

REX BARKER
Notary Public, State of Texas
Comm. Expires 07-31-2018
Notary ID 5098556

_____
Notary Public in and for the State of Texas

AFFIDAVIT OF BOBBY ALLISON                                    Page 2 of 2